**MEMO ENDORSED**

Attorneys admitted in
California, New York,
Texas, Pennsylvania,
Colorado, and Illinois

Sender's contact:
djenkins@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

September 10, 2024

**DELIVERED VIA ECF**
The Honorable Dale E. Ho
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Your Honor:

Case Title: ***Andy Ryan Photographer, LLC v. Westfair Communications, Inc.; et al.***
Re: **1:24-cv-05732-DEH**
**Request to Adjourn Initial Conference**

    This office represents Plaintiff, Andy Ryan Photographer, LLC, in the above referenced matter. We are writing to respectfully request an adjournment of the initial pretrial conference scheduled for September 17, 2024 (Dkt. 9) for thirty (30) days to October 17, 2024.

    The reason for this request is due to the ongoing efforts to effectuate service on Defendant. We have not yet received confirmation of service or any response from Defendant to this action or our initial attempts at communication. Our attempts at service remain ongoing and we expect service to be perfected shortly.

    In light of the foregoing, we respectfully request that the initial conference in this matter be adjourned for thirty (30) days to allow Plaintiff to perfect service on Defendant and ensure full participation in the initial conference in this matter. This is Plaintiff's first request of this nature. As We are not yet in communication with Defendant we cannot advise on whether Defendant consents to this request. We thank Your Honor for your attention to this matter.

Respectfully submitted,

By: _/s/ David Michael Stuart Jenkins_
David Michael Stuart Jenkins, Esq.
*Attorney for the Plaintiff*

Application GRANTED.

The initial conference scheduled for September 17, 2024 is ADJOURNED to **October 22, 2024, 11:00 am ET.** The parties shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 898 352 158, followed by the pound sign (#).

If Plaintiff seeks to adjourn the initial conference further, Plaintiff shall specify the additional efforts to effectuate service on Defendants and/or provide them with actual notice of this lawsuit.

The Clerk of Court is respectfully directed to close ECF No. 10.

SO ORDERED.

Date:   September 11, 2024 New York, New York

_____
Honorable Dale E. Ho
United States District Court Judge