UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andy Ryan Photographer, LLC,

                Plaintiff(s),

v.

Westfair Communications, Inc. et al,

                Defendant(s).

24 Civ. 5732 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

On **November 12, 2024,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **November 26, 2024, at 3 p.m. EST**. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: November 25, 2024
       New York, New York

                                            DALE E. HO
                                            United States District Judge